# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERNANDEZ, JR., | 1:11-cv-00231-LJO-JLT HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 34) |
| v. | ORDER GRANTING RESPONDENT'S MOTION TO DISMISS (Doc. 32) |
| WARDEN, | ORDER DISMISSING GROUND TWO IN THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS (Doc. 27) |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO REFER CASE BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS REGARDING GROUND ONE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 7, 2011, Petitioner filed the instant petition for writ of habeas corpus. (Doc. 1). On March 25, 2011, the Court ordered Respondent to file a response. (Doc. 7). On , 2009, Respondent filed a motion to dismiss the petition. (Doc. *). Pursuant to Petitioner's request, the case was stayed from September 12, 2011 until January 11, 2012, to permit Petitioner to exhaust state court remedies. Petitioner filed his first amended petition on February 7, 2012, including

both the original claim and a newly exhausted claim. (Doc. 27). Respondent filed a motion to dismiss the first amended petition on April 10, 2012, contending that the newly exhausted claim was untimely. (Doc. 32). On June 15, 2012, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that Respondent's motion to dismiss be granted and that the newly exhausted claim be dismissed because as untimely. ([Doc. 34](#)). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed June 15, 2012, 2009 (Doc. 34), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 32), is GRANTED;
3. Ground Two in the first amended petition for writ of habeas corpus (Doc. 27), is DISMISSED as untimely;
4. The Clerk of the Court is DIRECTED to refer the case back to the Magistrate Judge for further proceedings regarding Ground One.

IT IS SO ORDERED.

**Dated:   October 5, 2012**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE