# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERNANDEZ, JR., | 1:11-cv-00231-LJO-JLT HC |
| Petitioner, | ORDER VACATING ORDER OF OCTOBER 5, 2012 ADOPTING FINDINGS AND RECOMMENDATION (Doc. 36) |
| v. | |
| WARDEN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 7, 2011, Petitioner filed a petition for writ of habeas corpus containing a single claim for relief. (Doc. 1). After requesting and receiving a stay of proceedings to exhaust an additional claim in state court, Petitioner filed a first amended petition on February 7, 2012 containing the original claim and a newly exhausted claim. (Doc. 27). On February 9, 2012, the Court ordered Respondent to file a response to the first amended petition. (Doc. 28). On April 10, 2012, Respondent filed a motion to dismiss ground two in the amended petition as untimely because it did not relate back to the original claim. (Doc. 32). On June 15, 2012, the Magistrate

1

1  Judge assigned to the case filed a Findings and Recommendations recommending that
2  Respondent's motion to dismiss be denied, concluding that the newly exhausted claim did relate
3  back to the original claim. (Doc. 34).  This Findings and Recommendations was served on all
4  parties and contained notice that any objections were to be filed within twenty days from the date
5  of service of that order.  October 5, 2012, without any objections having been filed, the Court
6  inadvertently issued an order adopting the Magistrate Judge's Findings and Recommendations to
7  grant Respondent's motion and dismiss ground two, rather than to deny the motion to dismiss.
8  (Doc. 36).
9      Accordingly, IT IS HEREBY ORDERED that the October 5, 2012 order adopting the
10 Findings and Recommendations filed June 15, 2012 (Doc. 36), is VACATED.

12 IT IS SO ORDERED.
13 **Dated:   October 10, 2012**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE