# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL HERNANDEZ, JR., | ) | 1:11-cv-00231-LJO-JLT HC |
| | ) | |
| Petitioner, | ) | RENEWED AND SUBSTITUTE ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 34) |
| v. | ) | |
| | ) | ORDER DENYING RESPONDENT'S MOTION TO DISMISS (Doc. 32) |
| WARDEN, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT TO REFER CASE BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS REGARDING GROUND ONE |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 7, 2011, Petitioner filed a petition for writ of habeas corpus containing a single claim for relief. (Doc. 1). After requesting and receiving a stay of proceedings to exhaust an additional claim in state court, Petitioner filed a first amended petition on February 7, 2012 containing the original claim and a newly exhausted claim. (Doc. 27). On February 9, 2012, the Court ordered Respondent to file a response to the first amended petition. (Doc. 28). On April 10, 2012, Respondent filed a motion to dismiss ground two in the amended petition as untimely because it did not relate back to the original claim. (Doc. 32). On June 15, 2012, the Magistrate

Judge assigned to the case filed a Findings and Recommendation recommending that Respondent's motion to dismiss be denied, concluding that the newly exhausted claim did relate back to the original claim. (Doc. 34). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. October 5, 2012, without any objections having been filed, the Court inadvertently issued an order adopting the Magistrate Judge's Findings and Recommendations to grant Respondent's motion and dismiss ground two, rather than to deny the motion to dismiss. (Doc. 36). By separate order, the Court has vacated that inadvertent order.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation issued on June 15, 2012 is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 15, 2012 (Doc. 34), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 32), is DENIED;
3. The Clerk of the Court is DIRECTED to refer the case back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   October 10, 2012**            /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE